## No. 9865.

## TRUE *v.* TRUE.

Decided Jan. 10, 1921.   Motion to vacate order dismissing writ of error
denied March 7, 1921.

Proceeding involving the payment of temporary alimony.

*Writ of Error Dismissed.*

1. DIVORCE AND ALIMONY—*Payment*—*Presumption.*   The appellate court
will presume that an order of the trial court for the payment of
costs and attorney fees will be obeyed after the denial of a super-
sedeas.

2. APPEAL AND ERROR—*Moot Questions.*   It is not the duty of the appel-
late court to give opinions upon moot questions or to declare
rules of law which cannot affect the rights of the parties liti-
gant.

*Error to the District Court of Pueblo County, Hon. James
A. Park, Judge.*

Mr. C. S. ESSEX, Mr. JOHN B. BARNARD, for plaintiff in
error.

Mr. W. O. PETERSON, for defendant in error.

MR. JUSTICE TELLER delivered the opinion of the court.

DEFENDANT in error brought suit for divorce against
the plaintiff in error upon the ground of cruelty.   In apt
time she applied for temporary alimony, counsel fees and
court costs.   Upon a hearing upon the application, the court
directed the defendant to pay $100 court costs and $200 at-
torney fees, payable May 10, 1920.   An application for
supersedeas was duly filed by plaintiff in error, and on July
30, 1920, the same was denied.

It must be presumed that plaintiff in error obeyed the
order of the court after the supersedeas had been denied.

The judgment having been executed, the questions pre-
sented for our determination are no longer of any practical
importance.   It is not the duty of the court to give opin-

ions upon moot questions, or to declare rules of law which cannot affect the rights of the parties litigant. *Floyd v. Cochran,* 24 Colo. 489, 52 Pac. 676.

The writ of error will, therefore, be dismissed.

MR. CHIEF JUSTICE GARRIGUES and MR. JUSTICE BURKE concur.